UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COPPER COMPRESSION BRANDS LLC,
                Plaintiff,        21-cv-7837 (JGK)

    - against -                <u>ORDER</u>

JBAV HOLDINGS, LLC,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 13, 2021 is canceled.

SO ORDERED.
Dated:    New York, New York
          December 7, 2021

                                     /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge